**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio Javier LOPEZ–MONROY, aka**
**Antonio J. Lopez aka Antonio Lopez–**
**Monroy, Defendant–Appellant.**

**No. 06–10637.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 15, 2007.

Don B. Overall, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Antonio Javier Lopez–Monroy, Tucson, AZ, pro se.

Gary Ford Spector, Esq., Law Offices of Gary Ford Spector, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Antonio Javier Lopez–Monroy appeals from his guilty-plea conviction and 16–month sentence for illegal reentry in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), appellant's counsel has filed a brief which states that there are no grounds for relief, and which contains a motion to withdraw as counsel of record. Appellant did not file a *pro se* supplemental brief, and the Government did not file an answering brief.

We have reviewed the brief and conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss the appeal in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (appeal waiver valid when entered into knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.